IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

RAY HALL, individually and as the )
widower of BETTY JEAN HALL, )
JOQULYN HALL, RACHEL HALL, )
DENTEA HALL, LAWANDA HALL, )
CRYSTAL HALL and ANGELA SMITH, )
                                                    )
                    Plaintiffs, )
                                                    )
                                                    )   CIV-10-444-FHS
                                                    )
vs. )
                                                    )
UNITED STATES OF AMERICA, )
WILLIAM J. HARRISON, D.O., and )
McCURTAIN MEMORIAL MEDICAL )
MANAGEMENT, INC., d/b/a )
McCURTAIN MEMORIAL HOSPITAL, )
                                                    )
                    Defendants. )

     Before the court for its consideration is Defendants' Joint Motion for Summary Judgment and Brief in Support (Doc. 80). The court finds there are genuine issues of material fact as to the proximate cause of plaintiff's injury. As a result, summary judgment is therefore inappropriate and said motion should be overruled as to these issues. Fed. R. Civ. P. 56; see, e.g., Celotex Corporation v. Catrett, 477 U.S. 317, 106 S.Ct. 2548 (1986); Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 106 S.Ct. 2505 (1986).

     IT IS SO ORDERED this 25th day of October, 2011.

                                        Frank H. Seay
                                        United States District Judge
                                        Eastern District of Oklahoma